United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 23-80157 |
| CHI KIM BAREFIELD, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| CHI KIM BAREFIELD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 23-8049 |
| | § | |
| U.S. DEPARTMENT OF EDUCATION AIDVANTAGE, | § | |
| | § | |
| Defendant. | § | |

## ORDER DISMISSING CASE

This adversary proceeding was filed on August 21, 2023 by the debtor/plaintiff, pro se. The adversary consists only of a cover sheet that states that the nature of the suit is dischargeability under 11 U.S.C. § 523(a)(8). Federal Rule of Civil Procedure 8 requires that a pleading contain 1) a short and plain statement of the grounds for the Court's jurisdiction; 2) a short and plain statement of the claim showing that the pleader is entitled to relief, and 3) a demand for the relief sought, which may include relief in the alternative or different types of relief. No pleading has been filed.

**IT IS THEREFORE ORDERED** that this adversary proceeding is dismissed.

SIGNED 08/22/2023

_____
Jeffrey Norman
United States Bankruptcy Judge